THE HONORABLE BRYAN D. LYNCH
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br><br>EIGHTY WEST, LLC,<br><br>      Debtor. | CASE NO. 10-47608-BDL |
| EIGHTY WEST, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>TIMBERLAND BANK,<br><br>      Defendant. | **Adversary Case No. 10-04300-BDL**<br><br>ORDER GRANTING CONTINUANCE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO AVOID FRAUDULENT TRANSFER |

THIS MATTER having come before the Court on defendant's Motion for Continuance of Summary Judgment Hearing, and the Court having considered the motion:

1. Defendant's Motion for Continuance of Summary Judgment Hearing;

2. Declaration of Richard Pifer and the exhibits attached thereto;

3. Declaration of Jason M. Kettrick;

4. Plaintiff's Response;
ORDER GRANTING CONTINUANCE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO AVOID FRAUDULENT TRANSFER – 1

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

TIM005 0010 mb10bf67tg 2011-04-05

Case 10-04300-BDL    Doc 34    Filed 04/07/11    Entered 04/07/11 13:35:20    Page 1 of 2

5. Defendant's Reply; and

6. _____;

and having considered the records and files herein, and otherwise being fully advised, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Defendant's Motion for Continuance of Summary Judgment Hearing is **GRANTED**;

2. Defendant may conduct discovery prior to this motion being heard.

3. Plaintiff's Motion for Summary Judgment to Avoid Fraudulent Transfer shall be heard on June 15, 2011, at 10:00 a.m., at Judge Lynch's Courtroom I, Union Station.

DATED this\_\_\_ day of _____, 2011.

*[signature]*

Brian D. Lynch
United States Bankruptcy Judge
(Dates as of Entered on Docket date above)

| PRESENTED BY | APPROVED AS T FORM: |
|---|---|
| CARNEY BADLEY SPELLMAN, P.S. | PERKINS COIE, LLP |
| By  */s/ Jason M. Kettrick* | By  */s/ Bruce G. MacIntyre* |
| Jason M. Kettrick, WSBA No. 35459<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>Phone: 206-622-8020<br>Fax: 206-467-8215<br>kettrick@carneylaw.com<br>Attorneys for Timberland Bank | Bruce G. MacIntyre, WSBA #18984<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>Phone: 206-359-8000<br>Fax: 206-359-9000<br>macib@perkinscoie.com<br>Attorneys for Eighty West |

ORDER GRANTING CONTINUANCE OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT TO AVOID FRAUDULENT TRANSFER – 2

**CARNEY BADLEY SPELLMAN**

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 FIFTH AVENUE, #3600
SEATTLE, WA 98104-7010
FAX (206) 467-8215
TEL (206) 622-8020

TIM005 0010 mb10bf67tg 2011-04-05

Case 10-04300-BDL    Doc 34    Filed 04/07/11    Entered 04/07/11 13:35:20    Page 2 of 2