Bruce G. MacIntyre
Willie J. White
Perkins Coie LLP
1201 Third Ave. Suite 4000
Seattle, Washington 98101
(206) 359-6371

THE HONORABLE BRYAN D. LYNCH
Chapter 11

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re EIGHTY WEST, LLC,<br><br>        Debtor. | Case No. 10-47608 BDL |
| EIGHTY WEST, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TIMBERLAND BANK,<br><br>        Defendant | ADV. No 10-04300<br><br>STIPULATION TO CONTINUE HEARING DATE AND TO RESCHEDULE DEPOSITIONS |

The parties to this adversary proceeding hereby stipulate as follows:

    1.    The parties request that the hearing on Plaintiff's Motion for Summary Judgment previously set for June 15, 2011 be continued to June 29, 2011 at 10:30 a.m.

STIPULATION
TO CONTINUE HEARING – 1

74555-0001/LEGAL20678775.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Defendant may timely file a motion for summary judgment for hearing at that same time; and

2. Depositions in the proceeding previously scheduled for the week of April 18 and May 2, 2011 have been stricken, subject to being rescheduled by counsel. If any of the foregoing depositions are rescheduled, the parties agree that they may be re-noted by notice to counsel without the need for subpoenas and that they will work cooperatively and in good faith to schedule depositions with the goal that transcripts may be available approximately two weeks prior to the due date for the filing of Defendant's anticipated motion for summary judgment.

DATED this 21st day of April, 2011.

| PERKINS COIE, LLP | CARNEY BADLEY SPELLMAN, P.S. |
|---|---|
| /s/ Bruce G. MacIntyre<br>Bruce G. MacIntyre, WSBA #18984<br>Attorneys for Eighty West, LLC,<br>Plaintiff | /s/ Jason M. Kettrick<br>Jason M. Kettrick, WSBA No. 35459<br>Attorneys for Timberland Bank<br>Defendant |

STIPULATION
TO CONTINUE HEARING – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

74555-0001/LEGAL20678775.1